# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00130-CV

**In re Anita Campbell**

### ORIGINAL PROCEEDING FROM COMAL COUNTY

**M E M O R A N D U M   O P I N I O N**

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Pemberton and Field

Filed: July 10, 2018